

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-16-00711-CV

John **DEVILBISS**,
Appellant

v.

Majorie **BURCH**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04843
Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

On October 30, 2017, appellant filed a document which we construe as a motion for extension of time to file appellant's reply brief. After review, we **GRANT** appellant's motion. On November 1, 2017, appellant filed his reply brief. Accordingly, having granted the motion for extension of time, we accept the reply brief as filed.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court